IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TRANXITION, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 3:12-cv-1065-HZ<br><br>**ORDER GRANTING DEFENDANT LENOVO (UNITED STATES) INC.'S UNOPPOSED MOTION TO DISMISS ITS COUNTERCLAIM FOR PATENT INFRINGEMENT OF THE '212 PATENT WITHOUT PREJUDICE** |

    Before the Court is Defendant Lenovo (United States) Inc.'s Unopposed Motion to Dismiss Its Counterclaim for Patent Infringement of the '212 Patent Without Prejudice.

    Having considered the motion, the Court is of the opinion that it should be granted.

    IT IS THEREFORE ORDERED that Defendant Lenovo (United States) Inc.'s Unopposed Motion to Dismiss Its Counterclaim for Patent Infringement of the '212 Patent Without Prejudice is GRANTED, and that Lenovo's counterclaim for patent infringement of the '212 patent asserted in this case against Plaintiff Tranxtion, Inc. is hereby dismissed without prejudice.

    It is so ORDERED.

    SIGNED this __24__ day of __November__, 2014.

*/s/ Marco Hernandez*
HONORABLE MARCO A. HERNANDEZ
UNITED STATES DISTRICT JUDGE